UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILLIP A. WATTS                                        CIVIL ACTION

VERSUS                                                  NO. 12-2264

ROBERT TANNER, CCE, WARDEN,                             SECTION "I"(4)
CRIMINAL DISTRICT COURT

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Phillip A. Watts's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 25th day of June, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE